IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14 CV 018

| | |
|---|---|
| ROLAND GRADY, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| HOSPITALITY FOOD SERVICE, ) | |
| L.L.C., d/b/a Huddle House, a North ) | |
| Carolina Limited Liability Company, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on James W. Kilbourne, Jr.'s Application for Admission to Practice *Pro Hac Vice* of William J. Moore, III. It appearing that William J. Moore, III is a member in good standing with the Florida State Bar and will be appearing with James W. Kilbourne, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that James W. Kilbourne, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#3) of William J. Moore, III

is **GRANTED**, and that William J. Moore, III is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with James W. Kilbourne, Jr.

Signed: May 20, 2014

Dennis L. Howell
United States Magistrate Judge