IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14cv18

| | | |
|---|---|---|
| ROLAND GRADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HOSPITALITY FOOD SERVICE, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the Court is the Joint Motion for Extension of Time [# 20]. For good cause shown, the Court **GRANTS** the motion [# 20]. The parties shall have until October 2, 2014, to conduct an initial attorneys' conference. The parties shall file their certificate of initial attorneys' conference within seven (7) days of conducting the conference.

Signed: September 19, 2014

Dennis L. Howell
United States Magistrate Judge

1