**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:14-cv-00018-MR-DLH**

| | |
|---|---|
| **ROLAND GRADY, an individual,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> **HOSPITALITY FOOD SERVICE,** ) <br> **L.L.C., d/b/a Huddle House, a North** ) <br> **Carolina Limited Liability Company,** ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Parties' Joint Notice of Dismissal with Prejudice of All Claims against Defendants [sic] and Request for Retention of Jurisdiction [Doc. 23].

The Court construes the parties' "Joint Notice of Dismissal" as a stipulation of dismissal pursuant Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, this case is dismissed without the entry of an order by this Court. See id. To the extent that the parties request that this Court retain jurisdiction over this matter, such request is denied. If either party wishes to enforce the terms of the parties' Settlement Agreement, that party may file a new lawsuit asserting a breach of that Agreement.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**IT IS FURTHER ORDERED** that the Court declines to retain jurisdiction over this matter.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge